FRANK MARX, Respondent, *v.* ONTARIO BEACH HOTEL AND AMUSEMENT COMPANY, Appellant.

*Marx* v. *Ontario Beach Hotel & Amusement Co.*, 153 App. Div. 935, reversed.

(Argued March 26, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 15, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages arising from loss of services and companionship by reason of personal injuries sustained by plaintiff's wife through the alleged negligence of defendant.

*William De Graff* for appellant.

*Arthur G. Dutcher* for respondent.

Judgment reversed and new trial granted, costs to abide event, on opinion in case of *Marx* v. *Ontario Beach & Amusement Co.* (211 N. Y. 33), decided herewith.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Dissenting: CARDOZO, J.